# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>COBB COUNTY SCHOOL DISTRICT,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-03591-TWT-WEJ |

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Jennifer Williams, and Defendant, Cobb County school District, through their respective counsel, and hereby give notice to this Court that the parties have reached a settlement in principle, resolving this matter in full. Plaintiff will file a stipulation after the parties have finalized their settlement agreement.

The parties agree that any and all scheduled deadlines and events should be removed from the Court's docket. The parties also agree that, at this time, the Court should retain jurisdiction until all terms of the Release and Settlement Agreement are effectuated, at which time the Plaintiff will file a stipulation of dismissal with prejudice as to the entire matter. Said dismissal should be filed no later than thirty (30) days from this filing.

Respectfully submitted this 22nd day of March, 2023.

| s/David L. Pardue *(with permission)* | s/Rachel B. Canfield |
|---|---|
| David L. Pardue | Rachel B. Canfield |
| Georgia Bar No. 561217 | Georgia Bar No. 488716 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| | |
| Parker Poe Adams & Bernstein LLP | The Kirby G. Smith Law Firm, LLC |
| 1075 Peachtree Street NE, Suite 1500 | 4488 N. Shallowford Rd. Suite 105 |
| Atlanta, GA 30309 | Atlanta, GA 30338 |
| T: (678) 690-5750 | T: (470) 387-9292 |
| davidpardue@parkerpoe.com | rbc@kirbygsmith.com |

## **CERTIFICATE OF SERVICE**

I hereby certify on this 22nd day of March, 2023, I have this day served an accurate copy of the foregoing JOINT NOTICE OF SETTLEMENT using the Court's ECF system, thereby ensuring electronic service upon all counsel of record.

                                          THE KIRBY G. SMITH LAW FIRM, LLC

                                          s/Rachel B. Canfield
                                          Rachel B. Canfield
                                          Georgia Bar No. 488716

4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T: (844) 454-7529
F: (877) 352-6253
rbc@kirbygsmith.com